```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                Case No. 09-cr-186-PB

**Patricio Paladin**

## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for March 2, 2010, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from March 2, 2010 to May 4, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 24, 2010 final pretrial conference is continued to April 22, 2010 at 3:00 p.m.

SO ORDERED.

                                                      /s/Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

February 12, 2010

cc:   Jeffrey S. Levin, Esq.
      Robert Veiga, AUSA
      United States Probation
      United States Marshal