UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 09-cr-00186-PB |
| PATRICIO PALADIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

GOVERNMENT"S NOTICE OF NON-OBJECTION TO DEFENDANT'S
MOTION FOR DISCLOSURE AND PRODUCTION OF CONFIDENTIAL INFORMANT

The government assents to the relief requested by the defendant in his motion for

disclosure and production of confidential informants.   Pursuant to its assent, the government has

informed counsel for the defendant of the following:  1) the identity of  the confidential

informants at issue;  2) the events witnessed by said informants which the government intends to

rely on, and;  3) the government's intent to produce said informants at trial as appropriate.

Dated: August 8, 2010

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By:    /s/ Robert J. Veiga
Assistant United States Attorney
NH Bar No. 2619
53 Pleasant St., 4th Floor
Concord, New Hampshire
(603) 225-1552

**Certificate of Service**

I hereby certify that the above motion has been filed electronically, this date, and has also been provided to the defendant via U.S. Mail.

/s/Robert J. Veiga
Robert J. Veiga, AUSA