```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**UNITED STATES OF AMERICA**

        v.                        CR. NO. 09-186-01-PB

**Patricio Paladin**
        (a/k/a "Mex")

## GOVERNMENT'S PROPOSED WITNESS LIST

1. Mark Alford, FBI
2. Jennifer Goldstein, FBI
3. April Haddock, FBI
4. Lorraine Johnson, FBI
5. Kyle Zavorotny, FBI
6. Gregory Comcavich, FBI
7. Cathleen Fuller, FBI
8. Travis Ostrem, FBI
9. Randal Clark, FBI
10. Carolyn Baer, FBI
11. Jennifer MacKenzie, NH State Police
12. Josh Beauchemin, NH State Police
13. Rich Spaulding, NH State Police
14. Sean Haggerty, NH State Police
15. Andy Annicelli, NH State Police
16. Richard Spaulding, NH State Police
17. Robert LaFoley, NH State Police
18. Christopher Huse, NH State Police
19. Daniel Needham, NH State Police

20. Steve Callinan, NH State Police

21. Jeffrey Harrington, Manchester Police

22. Steve Coco, Manchester Police

23. Robert Moore, Manchester Police

24. Frank Swirko, Manchester Police

25. Eric Knight, Manchester Police

26. Andrew Delorey, Manchester Police

27. Mark Bilodeau, Manchester Police

28. Mark O'Donoghue, NH Drug Task Force

29. Brian Trask, NH Drug Task Force

30. Scott Christensen, NH Dept. of Corrections

31. Scott Harrington, NH Dept. of Corrections

32. Tom Harrington, NH Dept. of Corrections

33. David Bouchard, NH Dept. of Corrections

34. Gilles Provost, NH Dept. of Corrections

35. Israel Segers, Alto, Georgia Police

36. Allen Kidd, Alto, Georgia Police

37. Darren Osborne, Baldwin, Georgia Police

38. Christopher Letson, Hall County Georgia Sheriff's Office

39. Ada Kong, Drug Enforcement Administration

40. Cristy Fernandez, Litchfield,  NH

41. Tony Fernandez, Litchfield,  NH

42. Tammy Fernandez, Litchfield,  NH

42. Nathan Fluet, Nashua, NH

Dated: August 10, 2010

                                     Respectfully Submitted,

                                     JOHN P. KACAVAS
                                     UNITED STATES ATTORNEY

                                     /s/ Robert J. Veiga
                                 By:_____
                                   Robert J. Veiga
                                   Assistant U.S. Attorney
                                   Bar No. 2619
                                   53 Pleasant Street, 4th Floor
                                   Concord, NH  03301
                                   (603) 225-1552

## **Certificate of Service**

    I hereby certify that a copy of the above Witness List was provided this 10th day of August, 2010 to Michael Iacopino, counsel for Patricio Paladin.

                                       /s/ Robert J. Veiga
                                 _____
                                 Robert J. Veiga
                                 Assistant U.S. Attorney